```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 08755
  DEBORAH J MULLEN
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

          Debtor
  SSN XXX-XX-0652


-------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/21/06 and confirmed on 10/03/06.

     2.  The case was converted to Chapter 7 after confirmation, 10/03/2007.

     3.  The Debtor paid a total of $  14937.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WASHINGTON MUTUAL | CURRENT MORTG | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8696.88 | .00 | 1193.12 |
| CBUSA SEARS | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 19942.81 | .00 | 2736.03 |
| CINGULAR WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 17798.59 | .00 | 2441.80 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 14648.21 | .00 | 2009.60 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | FILED LATE | .00 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 3928.24 | .00 | 538.92 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 537.01 | .00 | 73.68 |
| KOHLS | UNSECURED | 668.39 | .00 | 91.69 |
| ROUNDUP FUNDING LLC | UNSECURED | 16474.12 | .00 | 2260.09 |
| FORD MOTOR CREDIT CO | SECURED | .00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | .00 | 82694.25 | .00 | 82694.25 |
| PRINCIPAL PAID | .00 | .00 | 11344.93 | .00 | 11344.93 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 11344.93 | .00 | 11344.93 |

The Debtor's attorney, ZALUTSKY & PINSKI           , was allowed $   3000.00
and was paid $     21.00  direct and $   2979.00  through the plan.

The Trustee received $    613.07 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 01/14/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 06 B 08755 DEBORAH J MULLEN